# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MODICA, individually and on behalf of other similarly situated current and former employees and as proxy for the LWDA,<br><br>**Plaintiff,**<br><br>v.<br><br>IRON MOUNTAIN INFORMATION MANAGEMENT SERVICES, INC., a Delaware corporation; and DOES 1-100, inclusive,<br><br>**Defendants.** | Case No. 2:19-cv-00370-TLN-EFB<br><br>ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT |

## **ORDER**

Upon review of the parties' Stipulation and Joint Request For Leave to File First Amended Class Action and Individual Complaint for Damages (the "Stipulation"), and pursuant to Fed. R. Civ. Proc. Rules 15(a) and 16(b), the Court hereby makes the following determinations and orders:

**1.** There is good cause to grant Plaintiff leave to file the First Amended Class Action and Individual Complaint for Damages ("FAC") attached as **Exhibit 1** to the parties' Stipulation. **Plaintiff shall file the First Amended Complaint within seven (7) days.**

/ / /

/ / /

/ / /

/ / /

2. Defendant's answer originally filed shall be operative as against the FAC and Defendant does not have to file an answer to the FAC unless the Parties' negotiated settlement is not approved by this Court.

**IT IS SO ORDERED.**

Dated: January 14, 2020

Troy L. Nunley
United States District Judge

Order
Page 1 of 2