# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MODICA, individually and on behalf of other similarly situated current and former employees and as proxy for the LWDA,<br><br>      Plaintiff,<br><br>v.<br><br>IRON MOUNTAIN INFORMATION MANAGEMENT SERVICES, INC., a Delaware corporation; and DOES 1-100, inclusive,<br><br>      Defendants. | **Case No. 2:19-cv-00370-TLN-EFB**<br><br>**ORDER MODIFYING SCHEDULING ORDER** |

## **ORDER**

Upon review of the parties' Stipulation and Joint Request To Modify Scheduling Order for Good Cause (the "Stipulation"), and pursuant to Fed. R. Civ. Proc. Rules 16(b), the Court hereby makes the following determinations and orders:

1.    There is good cause to modify the Amended Pretrial Scheduling Order issued April 8, 2019 [Doc. # 9].

2.    The Amended Pretrial Scheduling Order is modified as follows:

| Deadline | Original Date | Modified Date |
|---|---|---|
| Fact Discovery Deadline | April 22, 2020 | Ninety (90) days following this Court's Ruling on the Motion for Preliminary Approval |

Order

| Expert Discovery Deadline | June 22, 2020 | One Hundred Fifty (150) days following this Court's Ruling on the Motion for Preliminary Approval |
|---|---|---|
| Class Certification Motion Hearing Deadline | October 1, 2020 | Two Hundred Twenty One (221) days following this Court's Ruling on the Motion for Preliminary Approval. |

**IT IS SO ORDERED.**

Dated: April 23, 2020

_____

Troy L. Nunley
United States District Judge

Order